UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LHF PRODUCTIONS, INC<br>**Plaintiff,**<br><br>vs.<br><br>ROBERT BENNET, WOODROW ROSS, LEONARD W. HARRISON III, DANIEL ARIAS, SIMON DEMAR, LUCAS RASKY, CHRISTOPHER COMPSON, NADEZH MIKITYUK, TAYLOR BOLTON, JUSTIN BARTLEY, NICOLLEEN BHAGATRAM, JONATHON BAUGHER,<br>**Defendants,** | Civil Action No: 16-cv-1354RSM<br><br>ANSWER AND AFFIRMATIVE DEFENSES WITH COUNTERCLAIM |

COMES NOW Defendant NADEZHDA MIKITYUK ("Defendant"), and hereby admits, denies, and alleges as follows:

1.

Defendant is without knowledge of the facts alleged in Plaintiff's Complaint, and therefore denies the same. Defendant has not been involved in copying and distributing to maintain for-profit exploitation of any motion pictures, including "London is fallen", mentioned in Plaintiff's complaint of any other works of LHF PRODUCTIONS, INC.
Defendant doesn't possess any copies of motion picture "London is fallen".
Defendant and her family members don't have needed skills and abilities to download protected files from BigTorrent.

2.

Defendant denies each and every other material allegation of Plaintiff's Complaint.

Answer and Affirmative Defenses, Defendant   Nadezhda Mikityuk – Page 1

## FIRST AFFIRMATIVE DEFENSE

### Failure to State a Claim for Relief

3.

Plaintiff has failed to state a claim upon which relief could be granted. Defendant has never been involved in copying, sharing or distributing of any motion pictures, nor in any for-profit exploitation of picture.

## SECOND AFFIRMATIVE DEFENSE

### Lack of Standing

4.

Plaintiff, as the defendant is informed and believes, lacks the legal standing to bring and maintain this action. Plaintiff's complaint operate by no commonly used technical terminology and information, which should be presented by Court trusted specialists in form of professional expertise.

## THIRD AFFIRMATIVE DEFENSE

### Statute of Frauds

5.

Plaintiff is barred by the Statute of Frauds.

## THIRD AFFIRMATIVE DEFENSE

### Failure to Validate the Action

6.

Plaintiff has not proven the fact of action against them had place and any damage is valid and accurate. The Plaintiff has not proved that the Defendant had any personal relationship to

Answer and Affirmative Defenses, Defendant   Nadezhda Mikityuk – Page 2

unlawful observe the Plaintiff's picture, nor sharing or distributions. Plaintiff no any reason to believe in Defendant's for-profit exploitation of LHF PRODUCTIONS, INC's works. Defendant is not liable for non-authorize use of IP address, which is protected by Comcast system.

## PRAYER

WHEREFORE, having fully answered plaintiff's Complaint, defendant prays:

1. - for a judgment dismissing Plaintiff's complaint with prejudice;

2. - for Defendant's reasonable consulting fees, traveling and other expenses, caused by Plaintiff's complaint.

Dated this 28 day of January, 2017.

By _____

Nadezhda Mikityuk
13009 NE 55th St,
Vancouver, WA, 98662

Answer and Affirmative Defenses, Defendant Nadezhda Mikityuk – Page 3

CERTIFICATE OF SERVICE

I, hereby certify that on the 28st day of January, 2017, I deposited true copy of the ANSWER AND AFFIRMATIVE DEFENSES in first class mail to the following:

>David A. Lowe
>Lowe Graham Jones
>701 Fifth Avenue, Suite 4800
>Seattle, WA 98104

By _____

Nadezhda Mikityuk
13009 NE 55th St,
Vancouver, WA, 98662

Answer and Affirmative Defenses, Defendant Nadezhda Mikityuk – Page 4