UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LHF PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WOODROW ROSS, an individual; <br> DANIEL ARIAS, an individual; <br> SIMON DELMAR, an individual; <br> CHRISTOPHER COMPTON; an individual; <br> NADEZH MIKITYUK; an individual; <br> TAYLOR BOLTON, an individual, <br> JUSTIN BARTLEY; an individual; and <br> NICOLLEEN BHAGATRAM; an individual; <br><br> Defendants. | Civil Action No. C16-1354 RSM <br><br> ORDER GRANTING LEAVE FOR ALTERNATIVE MAIL SERVICE ON WOODROW ROSS (DOE 4) |

This matter comes before the Court on Plaintiff's Motion to Permit Alternative Mail Service of Defendant Woodrow Ross. Because Plaintiff is unable, after repeated and reasonable efforts, to personally serve the summons and complaint on Defendant, good cause is shown to allow service by U.S. Mail or other means with similar indicia of commercially accepted reliability. Accordingly, Plaintiff's motion is GRANTED.

//

//

ORDER GRANTING LEAVE FOR ALTERNATIVE
MAIL SERVICE - 1

Civil Action No. 16-cv-1354RSM

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

Dated this 23rd day of February 2017.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/David A. Lowe, WSBA No. 24,453
    Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

Attorneys for Plaintiff

ORDER GRANTING LEAVE FOR ALTERNATIVE
MAIL SERVICE - 2

Civil Action No. 16-cv-1354RSM

LOWE GRAHAM JONES<sub>PLLC</sub>

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301