UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LHF PRODUCTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> DOE 1, *et al.*, <br><br> Defendants. | Case No. C16-1354 RSM <br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court on Plaintiff's motion for an order to show cause against Defendant Nadezh Mikityuk. Dkt. #54. Considering all pleadings and filings of record, the Court hereby ORDERS Defendant Nadezh Mikityuk to file a Response to this Order to Show Cause **no later than fourteen (14) days from the date of this Order** explaining why he should not be ordered to participate in good faith in the required Rule 26(f) conference.

The Clerk shall send a copy of this Order to Defendant Nadezh Mikityuk at 13009 NE 55th St., Vancouver, WA 98662.

Dated this 15th day of December 2017

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE — 1