UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LHF PRODUCTIONS, INC.,

    Plaintiff,

    v.

WOODROW ROSS, an individual;
DANIEL ARIAS, an individual;
SIMON DELMAR, an individual;
CHRISTOPHER COMPTON, an individual;
NADEZH MIKITYUK, an individual;
TAYLOR BOLTON, an individual,
JUSTIN BARTLEY, an individual; and
NICOLLEEN BHAGATRAM, an individual;

    Defendants.

**CASE NO. C16-1354RSM**

**ORDER TO PARTICIPATE**

This matter comes before the Court on Plaintiff's motion for an order to participate against Defendant Nadezh Mikityuk. Dkt. #57. Considering all pleadings and filings of record, the Court hereby ORDERS Defendant Nadezh Mikityuk to participate in this proceeding by participating in good faith in the required Rule 26(f) conference **no later than twenty-eight (28) days from the date of this Order** or face sanctions, which may include entry of default.

The Clerk shall send a copy of this Order to Defendant Nadezh Mikityuk at 13009 NE 55th St., Vancouver, WA 98662.

Dated this 5 day of March, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO PARTICIPATE – 1